No. 96–8974. FEICHTINGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–8980. BISSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8981. BELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8985. GONZALEZ-QUEZADA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8987. GRAVES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8990. ALLEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8992. JOHNSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8994. McHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8997. PANCHAL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8998. SPEARMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9002. GUZMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9005. CISNEROS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9006. CALLUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9007. WORKMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–9010. ESCOBAR VELASQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9016. 1–95–CV–553–P1 v. 1–95–CV–553–D1 ET AL. C. A. 2d Cir. Certiorari denied.